IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON TYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:14CV67 |
| ) | |
| UNITED FURNITURE INDUSTRIES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter comes before the Court sua sponte. Per Order dated January 30, 2014, Plaintiff was granted leave to proceed *in forma pauperis*, and was informed of his responsibility to prepare and deliver to the Clerk a summons for service on each Defendant. The Order also forewarned Plaintiff that failing to provide said summonses within 15 days would result in dismissal of this action without further notice. To date, Plaintiff has not complied with the Court's prior Order, nor has Plaintiff submitted any other documentation indicating his intent to proceed with this case. For these reasons, this action should be dismissed without prejudice.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for Petitioner's failure to comply with the Court's prior Order.

This, the 7th day of April, 2014.

Joe L. Webster
United States Magistrate Judge